United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLGA BLAKLEY, M.D., P.A., ET AL., | § § § § | |
| Plaintiffs. | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:20-CV-02962 |
| NORMAND F. PIZZA, ET AL., | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 7, 2021, Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (Dkt. 10) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 33. On January 12, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 37) recommending that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (Dkt. 10) be **GRANTED**.

Plaintiff Olga P. Blakley filed two objections—one on January 26, 2021, and the other on February 1, 2021. *See* Dkts. 42, 43. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered both objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 37) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (Dkt. 10) is **GRANTED**.

A final judgment will be separately entered dismissing this case. It is so **ORDERED**.

SIGNED and ENTERED this __8th__ day of __February__ 2021.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE